SO ORDERED

Date signed January 05, 2004



E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | |
|---|---|
| InRe: | * |
| Charles J. Miller, Inc. | * Case No. |
| Miller Asphalt Products, Inc. | * Chapter |
| Debtor(s) | * |
| | * |
| Donald E. Miller, et al | * |
| | * |
| Plaintiff(s) | * |
| vs. | * Adversary No. 03-5974-SD |
| Charles J. Miller, Jr., et al | * |
| | * |
| Defendant(s) | * |

ORDER **UPON NOTICE OF REMOVAL**
**TO** **BANKRUPTCY** **COURT**

The above-captioned adversary proceeding has been removed to this Court by filing of a Notice of Removal pursuant to Federal Bankruptcy Rule 9027.

IT IS HEREBY ORDERED, that the party that filed the Notice of Removal shall, within twenty (20) days of the date hereof, file with the Clerk copies of the docket entries and all papers filed in the court from which this case was removed. Unless reasonable objection to the record is made, this Court shall presume that copies filed are true copies of the original papers.

IT IS FURTHER ORDERED, that all parties shall refer to and follow Federal Bankruptcy Rule 9027 in their conduct of these proceedings, unless otherwise ordered.

The Court shall conduct a status conference on February 3rd, 2004, at 2:00 P.M. ,in Courtroom 9-C, U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201. Counsel shall be present.

The party filing the Notice of Removal shall mail a copy of this Order to all parties to this adversary proceeding and to their attorneys, if any.

cc: All Parties -Donald E. Miller, Triple M., LLC, Charles J. Miller Realty, Inc., Miller Bros. Leasing, LLP., Charles Miller, Jr., Venable, LLP, James L. Shea, Anthony V. Diferdinando, II, Jacobs Ridge, LLC
All Counsel -Robert B. Green, Esq.

venue-43.1 -3/10/98 egk

**End of Order**