E. Stephen Derby , U.S. BANKRUPTCY JUDGE

PROCEEDING MEMO - ADVERSARY PROCEEDINGS

Date: 01/12/2004 Time: 10:00

03-05974 Miller et al v. Miller et al

Related:03-80504-ESD Charles J. Miller, Inc. Ch11

Donna S. Mangold representing Donald E. Miller (Plaintiff)

Donna S. Mangold representing Triple M., LLC (Plaintiff)

Donna S. Mangold representing Charles J. Miller Realty, Inc. (Plaintiff)

Donna S. Mangold representing Miller Bros. Leasing, LLP (Plaintiff)

(no aty) representing Charles Miller Jr. (Defendant)

(no aty) representing Venable, LLP (Defendant)

(no aty) representing James L. Shea (Defendant)

Robert B. Green representing Anthony V. DiFerdinando II (Defendant)

(no aty) representing Jacobs Ridge LLC (Defendant)

[3] Emergency Motion for Preliminary Injunction Filed by Charles J. Miller Realty, Inc., Donald E. Miller, Miller Bros. Leasing, LLP, Triple M., LLC.
Movant:  Charles J. Miller Realty, Inc. Donald Miller  Triple M., LLC  Miller Br

[1] 498 (Other Action): Notice of Removal by Defendants Anthony V. DiFerdinando II, Charles  Miller Jr., Venable, LLP ,James L. Shea,  Jacobs Ridge LLC  Donald E. Miller against Plaintiff's Triple M., LLC , Charles J. Miller Realty, Inc. ,   Miller Bros. Leasing, LLP . Receipt Number 40040152, Fee Amount $150 . (Attachments: # (1)  Attachments# (2)  Attachments)
Movant:  Charles J. Miller Realty, Inc. Donald Miller  Triple M., LLC  Miller Br

SCHEDULE:

1. Discovery cutoff:_____        6. Pretrial memos/exhibits:_____
2. Dispositive motions:_____        7. Trial times est:_____days____hrs
3. Status report due:_____        8. Trial date:_____ time:_____
4. Motions hrg. date:_____        9. Expert witness & Rpts:_____
5. Final pretrial hrg:_____       10. Reissue Summons:_____

DISPOSITION:
 Granted___  Denied___  Withdrawn___  Default___  Consent___  Under Adv.___
 Adjourned / Continued to:_____ at _____ m.  Notice: YES / NO

FINAL DISPOSITION:

 _____Judgment for Plaintiff(s)_____
 _____Judgment for Defendant(s)_____
 _____Consent                              _____Withdrawn/ Dismissed/ Deny
 Amount: $ _____                         for want of Prosecution
                                            _____Day Settlement Order
 _____Decision Reserved                    _____Moot
 _____Default / No Response                _____Soldiers' & Sailors' Affidavit Due
 _____Show Cause Order                     _____Other:_____
 Adjourned / Continued to:_____ at _____.m.  Notice: YES / NO
 Post Trial Memos Due:  Plaintiff:_____ Defendant:_____

NOTES: Court abstained and remand case to Carroll County sua sponte under 28 USC §1334(c).

Plaintiffs announced their intention to move for remand based on mandatory abstention under (c)(2), and court agreed it would be justified. Also likely under (c)(1). Action involves non-debtor parties on both sides. Debtors' property not involved, only that of subsidiaries.

Mr. Cooter requested to submit an order.

→ Stipulation by Venable disposes of merits as to it: "Venable is not representing any of the entitities, it has no intention of representing them, or to be paid fees by them" (per Graham)

# SIGN IN SHEET
### *** *PLEASE PRINT* ***

IN RE: 03-8-0504 CHARLES J. MILLER, INC.

| COUNSEL NAME | CLIENT |
|---|---|
| ✓ James C. Olson | Creditors' Committee |
| ✓ DALE COOTER | DONALD MILLER |
| ✓ DONNA MANGOLD | " |
| ✓ NELSON DECKELBAUM | " |
| DAVID RICE | ANTHONY DiFERDINANDO |
| ✓ ANDREW GENDRON | ANTHONY DiFERDINANDO |
| ✓ JAMES Vidmar | Debtors  CJMiller Inc / Miller Asphalt |
| ✓ Patrick Pike | St. Paul |
| ✓ Michael Collins | Chas. Miller Jr. (et al.) |
| ✓ L. Yorgukas | Merc. SD&T Co. |
| ✓ A Graham | Venable |
| ✓ Robert B. Green | DiFerrando |

*[Handwritten at top: "Venable's motion hearing at end"]*

# LAW OFFICES
# KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201

TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

ANDREW JAY GRAHAM
DIRECT DIAL
(410) 347-7422

ALSO ADMITTED IN NY AND DC

E-MAIL
agraham@kg-law.com

January 8, 2004

**BY HAND DELIVERY**

The Honorable E. Stephen Derby
United States Bankruptcy Court
　for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

　　　　RE:　*Miller, et al. v. Miller, et al.*
　　　　　　　Adversary No. 03-5974-SD

Dear Judge Derby:

　　　This firm represents Venable, LLP, one of the defendants in the above-referenced adversary proceeding. This matter was recently removed to this Court from the Circuit Court for Carroll County. We understand that, at the upcoming hearing on January 12, 2004 at 10:00 a.m., Your Honor will hear argument on Plaintiffs' Emergency Motion for Preliminary Injunction.

　　　On the morning of January 12, 2004, I am scheduled to appear for an oral argument in the Court of Special Appeals of Maryland. That morning, coincidently, my partner, David Shuster (who is also representing Venable in this matter) is scheduled to appear for an oral argument before the same panel of judges in the Court of Special Appeals in a different matter. After coordinating with the clerk's office at the Court of Special Appeals, my oral argument will proceed first, at 9:30 a.m., and Mr. Shuster's argument will proceed second. As soon as our respective oral arguments conclude, each of us will drive back to Baltimore for the hearing in this case. I anticipate that one or both of us will be back in Baltimore between 11:00 a.m. and 11:30 a.m.

03375/0/00094452.WPDv1

The Honorable E. Stephen Derby
January 8, 2004
Page Two


      In light of the above scheduling conflict, all attorneys of record in this adversary proceeding consent, subject to Your Honor's approval, to placing the emergency motion at the end of the Court's Monday docket. It is my understanding that the full day has been set aside for the hearing. If either Mr. Shuster or I have any problem returning to Baltimore before 11:30 a.m., one of us will call Your Honor's chambers, but I do not anticipate that will be necessary.

      Please let me or Mr. Shuster know whether the Court has any objection to the foregoing request, and I will be happy to communicate the Court's response to the other attorneys. Thank you for your kind attention to this matter.

                                      Very truly yours,

                                      Andrew Jay Graham

AJG:hsm
cc:    James A. Vidmar, Jr., Esquire (via facsimile and first-class mail)
       G. Stewart Webb, Jr., Esquire (by hand delivery)
       Dale A. Cooter, Esquire (via facsimile and first-class mail)
       Donna S. Mangold, Esquire (via facsimile and first-class mail)
       Michael S. Libowitz, Esquire (by hand delivery)
       Robert B. Green, Esquire (via facsimile and first-class mail)
       Gary R. Greenblatt, Esquire (via facsimile and first-class mail)
       Mr. Booker Livingston (by hand delivery)