SO ORDERED
For reasons stated at the hearing on
January 12, 2004.

Date signed February 27, 2004



E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **CHARLES J. MILLER, INC.** | : | Case No. 03-80504-SD |
| **MILLER ASPHALT PRODUCTS, INC.,** | : | Case No. 03-80506-SD |
| | : | |
| Debtors, | : | Jointly Administered under |
| _____ | : | Case No. 03-80504-SD |
| | : | |
| **DONALD E. MILLER, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Adversary No. 03-5974-SD |
| | : | |
| **CHARLES MILLER, JR., et al.,** | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

### ORDER FOR ABSTENTION AND REMAND OF ADVERSARY NO. 03-5974-SD

Upon the *sua sponte* motion of the Court, and pursuant to 28 U.S.C. § 1334(c)(2) and §1452(b), and the finding of the Court that it has no jurisdiction to consider the above-referenced Adversary Proceeding,

ORDERED THAT the Court shall abstain from taking any action in Adversary No. 03-5974-SD; and it is further

ORDERED THAT the removed case (Adversary No. 03-5974-SD) shall be remanded back to the Circuit Court of Maryland for Carroll County.

Copies to:

Dale A. Cooter, Esq.
Donna S. Mangold, Esq.
Cooter, Mangold, Tompert
 & Wayson, L.L.P.
5301 Wisconsin Ave., N.W.
Suite 500
Washington, DC 20015

Robert B. Green, Esq.
David B. Irwin, Esq.
Irwin, Green & Dexter, L.L.P.
301 W. Pennsylvania Avenue
Towson, Maryland 21204

Andrew J. Graham, Esq.
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, Maryland 21201

Michael S. Libowitz, Esq.
Thomas & Libowitz, P.A.
Suite 1100
100 Light Street
Baltimore, Maryland 21202